

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                             CRIMINAL NO. 2:19cr16-KS-MTP

VICTOR SMITH and
MICHAEL SMITH

## ORDER FOR THE RETURN OF PROPERTY

Before this Court is the United States of America's Motion for an Order to Return Property. Mot. for an Order to Return Property, ECF No. 99.  The Court entered a Preliminary Order of Forfeiture on March 11, 2020 (ECF No. 89), forfeiting the following:

(1) HK pistol, model USP Tactical, .45 caliber, SN: 25-101653;
(2) Ruger revolver, model LCR, .38 caliber, SN: 54308450;
(3) Hi-Point pistol, model JCP, .40 caliber, SN: X7252497;
(4) Remington shotgun, model 870 Express, 12GA caliber, SN: A211854M;
(5) Savage rifle, model Mark II, .22 caliber, SN: 402590; and
(6) Any ammunition seized

to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Because the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) has determined that the following firearms were stolen:

(1) HK pistol, model USP Tactical, .45 caliber, SN: 25-101653; and

(2) Ruger revolver, model LCR, .38 caliber, SN: 54308450

it seeks an Order from this Court to return the stolen firearms to its rightful owners.

Having reviewed the Government's motion, this Court finds that it is well taken and should be GRANTED.  NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the ATF shall return the stolen firearms to its rightful owners as soon as practicable.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this __15th__ day of __April__, 2020.

    ___s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE