IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                               CRIMINAL NO. 2:19cr16-KS-MTP

VICTOR SMITH and
MICHAEL SMITH

## FINAL ORDER OF FORFEITURE

Before this Court is the United States of America's Motion for a Final Order of Forfeiture [106]. Having reviewed the Government's motion, this Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on March 11, 2020, this Court entered a Preliminary Order of Forfeiture [89], ordering the Defendants, **VICTOR SMITH** and **MICHAEL SMITH,** to forfeit the following:

(1) **HK pistol, model USP Tactical, .45 caliber, SN: 25-101653;**
(2) **Ruger revolver, model LCR, .38 caliber, SN: 54308450;**
(3) **Hi-Point pistol, model JCP, .40 caliber, SN: X7252497;**
(4) **Remington shotgun, model 870 Express, 12GA caliber, SN: A211854M;**
(5) **Savage rifle, model Mark II, .22 caliber, SN: 402590; and**
(6) **Any ammunition seized.**

(the "**Subject Firearms and Ammunition**").

WHEREAS, the United States of America caused to be published via the internet at www.forfeiture.gov notice of the above **Subject Firearms and Ammunition** and of the intent of the United States of America to dispose of the property in accordance with the law and as specified in the Preliminary Order, and notified all known third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, on April 15, 2020, this Court accepted the claims of Dean Miller and James "Larry" Mullins by ordering the return of the **HK pistol, model USP Tactical, .45 caliber, SN:**

**25-101653** and the **Ruger revolver, model LCR, .38 caliber, SN: 54308450** [ECF No. 100] to said claimants.

WHEREAS, the Court finds that the defendants had an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853; 18 U.S.C. § 924(d)(1); and 28 U.S.C. § 2461(c);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following property:

- **(1)** **Hi-Point pistol, model JCP, .40 caliber, SN: X7252497;**
- **(2)** **Remington shotgun, model 870 Express, 12GA caliber, SN: A211854M;**
- **(3)** **Savage rifle, model Mark II, .22 caliber, SN: 402590; and**
- **(4)** **Any ammunition seized.**

is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853; 18 U.S.C. § 924(d)(1); and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this __15th__ day of ____June_____, 2020.

_____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE